IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AUTHORIZATION TO CONDUCT A SEARCH OF: CHRISTOPHER PRYOR, D.O.B. 05-03-1987 | Case No. 2:22-mj-08083-TJJ |

**APPLICATION AND AFFIDAVIT**
**IN SUPPORT OF A SEARCH WARRANT**

I, Belinda Perez, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") do hereby state under oath that this affidavit is in support of the issuance of a search warrant to obtain a deoxyribonucleic acid ("DNA") sample through buccal swab collection from Christopher Pryor, DOB: 05-03-1987, currently in the custody of Wyandotte County, within the District of Kansas).

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have been since May 2016.  I have received basic Criminal Investigative Training and Special Agent Basic Training at the Federal Law Enforcement Training Center located in Glynco, Georgia.  I am also a graduate of Western Illinois University, where I received a Bachelor of Science degree in law enforcement and justice administration and of Texas State University, where I received a Master of Science degree in criminal justice.  I am currently assigned to the ATF Kansas City I, Field Office.  My duties include the investigation of violations of federal firearm and controlled substances laws occurring within the district of Kansas.  Prior to my current assignment, I was assigned as a SA, to the San Diego IV, Field Office located in Carlsbad, California.

2. I have received specialized training in narcotics and firearm related investigation and instruction pertaining to the laws of search and seizure and have been involved in numerous investigation related to the possession of firearms by prohibited persons throughout my law enforcement career.

3. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the investigation.

**ITEMS TO BE SEARCHED AND EVIDENCE TO BE SEIZED**

4. This Affidavit is in support of a search warrant to search the body of Christopher Pryor, W/M, DOB: 05/03/1987, currently in the custody of Wyandotte County within the District of Kansas. The purpose of the search is to locate and seize bodily substances, through a DNA sample taken through buccal swab collection, that constitute evidence of the commission of the crime of being in possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year. The DNA buccal swab will be used as evidence to compare to DNA swabs taken from items of evidence recovered in this case.

**OFFENSES UNDER INVESTIGATION**

5. Based upon my training and experience and on the facts set forth in this Affidavit, I believe the DNA buccal swab will assist with obtaining further evidence of violations of

Title 18, United States Code, Section 922g(1)(possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year).

## **PROBABLE CAUSE**

6. On April 26, 2022, members with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Kansas City I Field Office assisted the Kansas City Kansas Police Department (KCKPD) Special Operations Unit (SOU) in the arrest operation of Christopher PRYOR. Prior to the operation, personnel were briefed regarding the active felony warrant for PRYOR issued out of Wyandotte County Kansas for possession of a stolen vehicle. Personnel were advised that PRYOR was known to be armed. Personnel were also aware that PRYOR was previously convicted in the District of Kansas and is prohibited from possessing firearms.

7. At approximately 11:00 AM (CDT) members established surveillance positions near a residence on Stine Avenue in Kansas City, Kansas, a known residence frequented by PRYOR. At approximately 4:29 PM (CDT) surveillance units observed PRYOR arrive to the address in a silver Nissan Versa bearing no license plate. The Nissan was driven by PRYOR's girlfriend and PRYOR was seated in the front passenger seat. Also in the vehicle, seated in the back passenger seat, was another female. Once they arrived, PRYOR and the other female exited the vehicle and approached the residence. About one minute later, PRYOR returned to the Nissan and remained seated in the front passenger seat with the passenger door open. While in the vehicle, PRYOR appeared to gesture with his hands to the passenger seat floorboard as if reaching for something. At approximately 4:32 PM (CDT) KCKPD SOU approached the vehicle and took PRYOR into custody for his warrant.

8. During the arrest of PRYOR, personnel observed in plain view a .45 caliber bullet located in the front passenger door hand rest. Personnel also observed what appeared to be a bullet hole on the exterior of the front passenger side door and a bullet hole in the base of the front passenger side seat. A spent shell casing was also located on the ground, next to the Nissan front passenger door. Once the scene was secure, ATF members responded to the scene and conducted a search of the Nissan and recovered a black and silver Glock, model 30, .45 caliber pistol with serial number: SEE397. The pistol contained an extended magazine loaded with nine (9) rounds of ammunition. An expended bullet was also found underneath the front passenger seat, along the seat track.

9. ATF Group Supervisor Scott O'Brien provided a verbal nexus for the recovered Glock firearm. He advised that the firearm was manufactured outside the state of Kansas and therefore, had traveled in interstate commerce.

10. On March 20, 2017, PRYOR was convicted in the District of Kansas for being a felon in possession of a firearm (2:15CR20014-001) and is therefore prohibited from possessing firearms under 18 U.S.C. § 922g(1). Having been sentenced to 34 months in the Bureau of Prisons, I have reason to believe PRYOR had knowledge of the fact he was convicted of a crime punishable by a term of imprisonment of over one year, making him prohibited at the time of possession.

11. Based on the facts set forth above, it is the affiant's belief there is probable cause to believe additional evidence of possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year could be discovered if PRYOR's DNA is compared to the evidence recovered in this case. In order for a DNA analysis and comparison to be done, a DNA sample must be submitted to the crime

laboratory. A sample of PRYOR's DNA can be obtained by swabbing the inside of his mouth. Therefore, this search warrant affidavit requests a DNA sample by way of buccal swab collection from the inside of PRYOR's mouth in order for the DNA analysis and comparison to be completed.

12. I am requesting a search warrant to search the body of Christopher Pryor, DOB: 05/03/1987, currently in the custody of Wyandotte County within the District of Kansas. The purpose of the search is the location and seizure of bodily substances, through a DNA sample taken through buccal swab collection, to compare PRYOR's DNA profile to DNA that may be located on the evidence collected in this case.

*[Signature: Belinda Perez]*
Belinda Perez
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and attested by affiant via telephone, after being submitted to me by reliable electronic means on this April 27, 2022.

*[Signature: Teresa J. James]*
HONORABLE TERESA J. JAMES
United States Magistrate Judge