# United States District Court
## DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AUTHORIZATION TO CONDUCT A SEARCH OF:<br><br>**CHRISTOPHER PRYOR,**<br>D.O.B 05-03-1987 | Case No. **22-MJ-08083-TJJ** |

## SEARCH WARRANT ORDER

To:   Belinda Perez, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and any authorized officer of the United States:

An Application and Affidavit for Search Warrant having been made before me by Belinda Perez, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), who has reason to believe that on the premises known as:

> CHRISTOPHER PRYOR, date of birth: 5-3-1987, currently in the custody of Wyandotte County, Kansas,

in the District of Kansas there is now concealed a certain property, namely:

> **Biological Evidence consisting of oral (buccal) swabs for known DNA**

which are evidence, fruits, and/or instrumentalities of violations of federal law, as defined in Title 18 U.S.C. 922(g), Felon in Possession of a Firearm.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  May 11, 2022  (not to exceed 14 days), the person or place named above for the person or property specified, serving this warrant and making the search at any time in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this to United States Magistrate Judge [judge] as required by law.

April 27, 2022 at  2:33 p.m . in Kansas City, Kansas
Date and Time Issued

Honorable Teresa J. James
U.S. Magistrate Judge

*/s/ Teresa J. James*

Name and Title of Judicial Officer                    Signature of Judicial Officer

Case 2:22-mj-08083-TJJ Document 2 Filed 04/27/22 Page 2 of 3

Name and Title of Judicial Officer                    Signature of Judicial Officer

| | | |
|---|---|---|
| **RETURN** | | |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

Executing Officers Signature

Printed Name & Title